899 A.2d 298

STATE OF NEW JERSEY, PLAINTIFF–APPELLANT,
v. M.J.K., DEFENDANT–RESPONDENT.

February 18, 2005.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

899 A.2d 298

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. RANDI FLEISCHMAN, DEFENDANT–RESPONDENT.

May 11, 2006.

ORDERED that the motion for leave to appeal is granted.

899 A.2d 298

DAVID RIVARD, ETC., ET AL., PLAINTIFFS–RESPONDENTS, v. AMERICAN HOME PRODUCTS, INC., ET AL., DEFENDANTS, AND AMERICAN CYANAMID COMPANY, DEFENDANT–MOVANT.

May 25, 2006.

ORDERED that the motion for leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to consider the appeal on the merits.